UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL JAMES, )<br>)<br>    Plaintiff )<br>)<br>        v. )<br>)<br>ERIC BUENO, et als. )<br>)<br>    Defendants ) | 1:16-cv-00416-NT |

## ANSWER OF DEFENDANTS ERIC BUENO, RANDALL LIBERTY AND JOSEPH FITZPATRICK

Defendants Eric Bueno, Randall Liberty and Joseph Fitzpatrick answer the complaint as follows:

### I. Previous lawsuits

Defendants neither admit nor deny the allegations in this section of the complaint for lack of sufficient knowledge and information.

### II. Parties

Defendants admit that Eric Bueno is the Unit Manager of the Intensive Mental Health Unit at the Maine State Prison, that Randall Liberty is the Warden of the Maine State Prison and that Joseph Fitzpatrick is the Commissioner of the Maine Department of Corrections.

### III. Statement of claim

Defendants neither admit nor deny that plaintiff was accused of assault on or about June 20, 2016, for lack of sufficient knowledge and information.  Defendants deny that plaintiff is kept in "solitary confinement" or that defendants inflict pain and mental suffering on plaintiff. Defendants deny that plaintiff was assaulted by corrections officers or that he has been "maced"

100 times. Defendants deny that plaintiff has been denied telephone privileges or access to his records or that they have interfered with plaintiff's mail. Defendants deny that plaintiff is not let out of his cell or is deprived of social interaction. Defendants neither admit nor deny that defendant was not allowed to view video evidence at a disciplinary hearing, for lack of sufficient knowledge and information. Defendants neither admit nor deny that plaintiff has been taken off medications or that plaintiff has lost weight, for lack of sufficient knowledge and information, but defendants deny that plaintiff has not been provided adequate nutrition. Defendants deny that they have allowed plaintiff to hurt himself. To the extent that this section of the complaint states legal conclusions, no response is required.

### IV.  Relief

No response is required.

WHEREFORE, defendants request that judgment be entered in their favor.

AND FURTHER ANSWERING, defendants state:

### AFFIRMATIVE DEFENSES

1.  The complaint fails to state a claim upon which relief can be granted as to each of the defendants.

2.  Plaintiff's claims are barred by his failure to exhaust available administrative remedies.

3.  Plaintiff's claim for damages for mental and emotional distress is barred by his failure to allege and prove a physical injury.

4.  To the extent the complaint alleges a violation of plaintiff's constitutional rights, defendants are entitled to qualified immunity.

    5.  To the extent the complaint alleges tortious conduct under state law, defendants are entitled to absolute discretionary immunity.

    6.  To the extent the complaint alleges tortious conduct under state law, plaintiff failed to comply with the notice provisions of the Maine Tort Claims Act.

    7.  Any injuries or damages sustained by the plaintiff are the result of his own conduct.

    8.  Plaintiff's claim for punitive damages is barred by the provisions of the Prison Litigation Reform Act governing prospective releief.


October 25, 2016                                    __/s/  James E. Fortin___  
                                                               James E. Fortin  
                                                               Assistant Attorney General  
                                                               James.Fortin@maine.gov

Office of the Attorney General  
Six State House Station  
Augusta, ME 04333  
626-8800


Certificate of Service

    The undersigned hereby certifies that he electronically filed the above document with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record, and that he mailed a copy, postage paid, to the following:

Michael James  
Maine State Prison  
807 Cushing Road  
Warren, ME 04864


October 25, 2016                                    /s/ James E. Fortin  
                                                           James E. Fortin  
                                                           Assistant Attorney General