# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:16-cv-416-NT |
| ERIC BUENO, et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 12, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. (ECF No. 73). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. The Plaintiff's request for immediate relief (ECF No. 63) is DENIED.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 4th day of January, 2017.